BELLEVILLE EDUCATION ASSOCIATION v.
BELLEVILLE BOARD OF EDUCATION.

November 30, 1976. Petition for certification granted.

STATE OF NEW JERSEY v. KEVIN GODFREY.

November 30, 1976. Petition for certification denied. (See 139 *N. J. Super.* 135)

IN THE MATTER OF THE ESTATE OF
LILLIAN DINION, DECEASED.

November 30, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT CREMEN.

November 30, 1976. Petition for certification denied.

JOAN M. LECLERCO v. RICHARD L. LECLERCO.

November 30, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. MAXIMO SANTIAGO.

November 30, 1976. Petition for certification denied.